

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00358-CV
_____

LASKO PRODUCTS, LLC, Appellant

V.

MARIA G. SIFUENTES, Appellee

On Appeal from the 96th District Court
Tarrant County, Texas
Trial Court No. 096-291939-17

Before Kerr, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant Lasko Products, Inc.'s Motion to Dismiss."

We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: May 2, 2024